Philip J. Lynch, Federal Public Defender's Office, Western District of Texas, San Antonio, TX, for Defendant–Appellant.

Before JONES, Chief Judge, and HIGGINBOTHAM and CLEMENT, Circuit Judges.

PER CURIAM: *

Appealing the Judgment in a Criminal Case, Antonio Guerra–Perez raises arguments that are foreclosed by *Almendarez–Torres v. United States,* 523 U.S. 224, 235, 118 S.Ct. 1219, 140 L.Ed.2d 350 (1998), which held that 8 U.S.C. § 1326(b)(2) is a penalty provision and not a separate criminal offense. The Government's motion for summary affirmance is GRANTED, and the judgment of the district court is AFFIRMED.

**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Eric Eduardo ZEPEDA–SOTO, also known as Eric Eduardo Zepeda, Defendant–Appellant.**

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

**United States of America, Plaintiff–Appellee,**

v.

**Eric Eduardo Zepeda, also known as Eric Ecuardo Zepeda, Defendant–Appellant.**

**United States of America, Plaintiff–Appellee,**

v.

**Eric Eduardo Zepeda, Defendant–Appellant.**

Nos. 06–51397, 06–51504, 06–51505
Conference Calendar.

United States Court of Appeals, Fifth Circuit.

April 4, 2007.

Joseph H. Gay, Jr., Assistant U.S. Attorney, U.S. Attorney's Office, Western District of Texas, San Antonio, TX, for Plaintiff–Appellee.

Federal Public Defender's Office, Western District of Texas, San Antonio, TX, for Defendant–Appellant.

Before JONES, Chief Judge, and HIGGINBOTHAM and CLEMENT, Circuit Judges.

PER CURIAM: *

Appealing the Judgments in these Criminal Cases, the defendant raises arguments that are foreclosed by *Almendarez–Torres v. United States,* 523 U.S. 224, 235, 118

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

S.Ct. 1219, 140 L.Ed.2d 350 (1998), which held that 8 U.S.C. § 1326(b)(2) is a penalty provision and not a separate criminal offense. The Government's motion for summary affirmance is GRANTED, and the judgments of the district court are AFFIRMED.

**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Rene LIMA–MORALES, Defendant–Appellant.**

No. 06–50898

Conference Calendar.

United States Court of Appeals, Fifth Circuit.

April 4, 2007.

Joseph H. Gay, Jr., Assistant U.S. Attorney, U.S. Attorney's Office, Western District of Texas, San Antonio, TX, for Plaintiff–Appellee.

Philip J. Lynch, Federal Public Defender's Office, Western District of Texas, San Antonio, TX, for Defendant–Appellant.

Before JONES, Chief Judge, and HIGGINBOTHAM and CLEMENT, Circuit Judges.

PER CURIAM: *

Appealing the Judgment in a Criminal Case, Rene Lima–Morales raises argu-

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under

ments that are foreclosed by *Almendarez–Torres v. United States,* 523 U.S. 224, 235, 118 S.Ct. 1219, 140 L.Ed.2d 350 (1998), which held that 8 U.S.C. § 1326(b)(2) is a penalty provision and not a separate criminal offense. The Government's motion for summary affirmance is GRANTED, and the judgment of the district court is AFFIRMED.

**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Fidel RODELA–MARTINEZ, also known as Julio Chavira–Martinez, Defendant–Appellant.**

No. 06–51279

Conference Calendar.

United States Court of Appeals, Fifth Circuit.

April 4, 2007.

Joseph H. Gay, Jr., Assistant U.S. Attorney, U.S. Attorney's Office, Western District of Texas, San Antonio, TX, for Plaintiff–Appellee.

Philip J. Lynch, Federal Public Defender's Office, Western District of Texas, San Antonio, TX, for Defendant–Appellant.

Before JONES, Chief Judge, and HIGGINBOTHAM and CLEMENT, Circuit Judges.

the limited circumstances set forth in 5TH CIR. R. 47.5.4.